McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-MC-00218-TLN-DB |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $19,500.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Shawn

Ovington ("claimant"), appearing *in propria persona*, as follows:

1.      On or about August 28, 2019, claimant filed a claim in the administrative forfeiture

proceeding with the U.S. Postal Inspection Service with respect to the Approximately $19,500.00 in U.S.

Currency (hereafter "defendant currency"), which was seized on June 11, 2019.

2.      The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required

by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a

claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant

has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

1

1  forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the

2  parties.  That deadline was November 26, 2019.

3       4.     By Stipulation and Order filed November 26, 2019, the parties stipulated to extend to

4  December 26, 2019, the time in which the United States is required to file a civil complaint for forfeiture

5  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

6  subject to forfeiture.

7       5.     By Stipulation and Order filed December 27, 2019, the parties stipulated to extend to

8  February 24, 2020, the time in which the United States is required to file a civil complaint for forfeiture

9  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

10  subject to forfeiture.

11       6.     By Stipulation and Order filed February 24, 2020, the parties stipulated to extend to April

12  24, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the

13  defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

14  forfeiture.

15       7.     By Stipulation and Order filed April 21, 2020, the parties stipulated to extend to June 23,

16  2020, the time in which the United States is required to file a civil complaint for forfeiture against the

17  defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

18  forfeiture.

19       8.     By Stipulation and Order filed June 19, 2020, the parties stipulated to extend to July 23,

20  2020, the time in which the United States is required to file a civil complaint for forfeiture against the

21  defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

22  forfeiture.

23       9.     By Stipulation and Order filed July 20, 2020, the parties stipulated to extend to August 21,

24  2020, the time in which the United States is required to file a civil complaint for forfeiture against the

25  defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

26  forfeiture.

27       10.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend

28  to September 21, 2020, the time in which the United States is required to file a civil complaint for

Stipulation and Order to Extend Time

1  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

2  currency is subject to forfeiture.

3        11.     Accordingly, the parties agree that the deadline by which the United States shall be

4  required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

5  alleging that the defendant currency is subject to forfeiture shall be extended to September 21, 2020.

6  Dated: 8/18/2020                                  McGREGOR W. SCOTT
                                               United States Attorney

7

8                                 By:    /s/ Kevin C. Khasigian
                                        KEVIN C. KHASIGIAN

9                                          Assistant U.S. Attorney

10

11  Dated: 8/17/2020                              /s/ Shawn Ovington
                                        SHAWN OVINGTON

12                                          Potential Claimant
                                        Appearing *in propria persona*

13

14                                          (Signature authorized by phone)

15

16  **IT IS SO ORDERED**.

17  Dated: August 18, 2020

18                                          Troy L. Nunley

19                                          United States District Judge

20

21

22

23

24

25

26

27

28

Stipulation and Order to Extend Time