PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $19,500.00 IN U.S. CURRENCY,<br><br>Defendant. | 2:19-MC-00218-TLN-DB<br><br>NOTICE OF ELECTION |

NOTICE IS HEREBY GIVEN that the United States elected to include the above-captioned defendant currency in civil case *United States v. Approximately $19,500.00 in U.S. Currency,* 2:21-CV-00681-JAM-KJN.  Accordingly, this miscellaneous case may be closed.

Dated: 4/20/2021                                         PHILLIP A. TALBERT
                                                                       Acting United States Attorney

                                                              By:    /s/ Kevin C. Khasigian
                                                                       KEVIN C. KHASIGIAN
                                                                       Assistant U.S. Attorney

1

Notice of Election